**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MILBANK INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 23-cv-910** |
| | ) | |
| **JULIAN CHENG, GLENVIEW YOUTH SOCCER ASSOCIATION, an Illinois not for profit corporation, DARRIN BAIM, and TONY YOUHANNA,** | ) | **Judge Robert W. Gettleman** |
| | ) | **Magistrate Judge Maria Valdez** |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT ORDER

The Plaintiff, Milbank Insurance Company, having moved for the entry of a default declaratory judgment against Defendants Glenview Youth Soccer Association, Darrin Baim and Tony Youhanna (Doc. 19), the Court having earlier granted motions for default (Doc. 16, granting Docs. 12, 13 and 15), the Court having considered the Motion and memorandum of law filed by Plaintiff (Docs. 19 and 21), grants the Motion and enters a default declaratory judgment against the aforesaid Defendants for the reasons stated on the record on May 18, 2023 and as follows:

The Court finds that the underlying amended complaint filed by Glenview Youth Soccer Association, Darrin Baim and Tony Youhanna against the Defendant Julian Cheng in the Circuit Court of Cook County, Illinois, under Cause No. 22 L 6380, does not allege an “occurrence” which caused “bodily injury” or “property damage” as defined and as required by Milbank Insurance Company’s policies numbered 1001041399 (2117 Lake

Avenue, Wilmette, IL) issued for the period of December 18, 2020/21 and December 18, 2021/22; 1001023328 (1109 Garnett Place, Evanston, IL) issued for the period of November 23, 2020/21 and November 2021/22; and 1001308487 (1820 Lauren Avenue, Hanover Park, IL) issued for the period of November 8, 2021/22; as each of those policies only extends coverage to "bodily injury" or "property damage" caused by an "occurrence."

The Court now enters judgment for Plaintiff Milbank Insurance Company and against the aforesaid Defendants and each of them and finds that Milbank Insurance Company has no duty or obligation to defend the action they brought against the Defendant Julian Cheng under Cause No. 22 L 6380 pending in the Circuit Court of Cook County, Illinois under the aforesaid policies.

The Court further grants Milbank Insurance Company's motion for default against Defendant Julian Cheng (Doc. 22) and a prove up hearing is set for June15, 2023 at 9:45, in person appearance is required.

Dated: May 18, 2023

Robert W. Gettleman

Judge Robert W. Gettleman