# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Milbank Insurance Company

                            Plaintiff,

v.                                               Case No.: 1:23–cv–00910

                                                        Honorable Robert W. Gettleman

Julian Cheng, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 15, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: In person default hearing held on 6/15/2023. Defendant did not appear. For the reasons stated on the record, plaintiff's Motion for default judgment against Julian Cheng [25] is granted. Enter judgment. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.