IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILBANK INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-cv-910 |
| | ) |
| JULIAN CHENG, GLENVIEW YOUTH | ) Judge Robert W. Gettleman |
| SOCCER ASSOCIATION, an Illinois not | ) |
| for profit corporation, DARRIN BAIM, | ) Magistrate Judge Maria Valdez |
| and TONY YOUHANNA, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT ORDER

The Plaintiff, Milbank Insurance Company, having moved for the entry of a default declaratory judgment against Defendant Julian Cheng (Doc. 25), the Court having earlier granted a motion for default against Defendant Julian Cheng (Doc. 23, granting Doc. 22), the Court having considered the Motion and memorandum of law filed by Plaintiff (Docs. 25 and 26), grants the Motion and enters a default declaratory judgment against the aforesaid Defendant for the reasons stated on the record on June 15, 2023 and as follows:

The Court finds that the underlying amended complaint filed by Glenview Youth Soccer Association, Darrin Baim and Tony Youhanna against the Defendant Julian Cheng in the Circuit Court of Cook County, Illinois, under Cause No. 22 L 6380, does not allege an "occurrence" which caused "bodily injury" or "property damage" as defined and as required by Milbank Insurance Company's policies numbered 1001041399 (2117 Lake Avenue, Wilmette, IL) issued for the period of December 18, 2020/21 and December 18,

2021/22; 1001023328 (1109 Garnett Place, Evanston, IL) issued for the period of November 23, 2020/21 and November 2021/22; and 1001308487 (1820 Lauren Avenue, Hanover Park, IL) issued for the period of November 8, 2021/22; as each of those policies only extends coverage to "bodily injury" or "property damage" caused by an "occurrence."

The Court now enters judgment for Plaintiff Milbank Insurance Company and against the Defendant Julian Cheng and finds that Milbank Insurance Company has no duty or obligation to defend the action brought against the Defendant Julian Cheng under Cause No. 22 L 6380 pending in the Circuit Court of Cook County, Illinois under the aforesaid policies of insurance.

**ENTER:**

_____
**Robert W. Gettleman**
**United States District Judge**

DATE: **June 15, 2023**